**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIE FRANK GORDON,

      Defendant.

CASE NO.  3:22cr43-MCR

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  August 18, 2023

Motion/Pleadings: <u>MOTION IN LIMINE</u>

Filed by  Defendant  on August 18, 2023  Doc. #  75

\_\_\_\_\_  Stipulated  \_\_\_\_\_  Joint Pleading
\_\_\_\_\_  Unopposed  \_\_\_\_\_  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk: Patricia G. Romero

On consideration, the motion is **DENIED**.  Defendant presents the same arguments as his previous motions for reconsideration.  *See, e.g.,* ECF No. 66.

**DONE and ORDERED** this 21st day of August 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**